UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:22-cv-03276-SSS-MARx | Date | January 3, 2023 |
|---|---|---|---|
| Title | *Rebeca Ramirez v. Mission Loans, LLC, et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE AS TO WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER [Dkt. 64] AND DENYING PLAINTIFF'S STIPULATION FOR EXTENSION OF TIME [Dkt. 68].**

On November 16, 2022, this Court issued an Order declining to consider Defendant Western Resources Title Company's ("Defendant") motion to dismiss [Dkt. 48] due to its failure to comply with applicable meet-and-confer requirements as set forth in Local Rule 7-3 and this Court's Civil Standing Orders. The Court continued the hearing previously set for November 18, 2022 to January 6, 2023.  It further ordered the parties to meet and confer in time to file a status report summarizing the outcome of their discussion on or before December 30, 2022.  [Dkt. 64].

On December 30, 2022, the Court instead received Plaintiff's stipulation requesting an extension of time to comply with this Order.  [Dkt. 68].  The Court considers this stipulation untimely. Further, Plaintiff did not provide any reason why her untimeliness should be excused.  The request for extension of time is therefore **DENIED.**

Because the parties have not yet complied with the Court's November 16 order, the Court again **DECLINES TO CONSIDER** Defendant's motion [Dkt. 48].  The hearing is once more **CONTINUED** to **February 17, 2023** at **2 P.M.** Defendant is **ORDERED** to submit either an amended declaration or joint stipulation, per the Court's previous instructions, no later than **February 10, 2023.**

Furthermore, the Court **SETS** an Order to Show Cause ("OSC") Hearing regarding sanctions for failure to comply with this Court's Order also for **February 17, 2023 at 2 P.M.** The Court **ORDERS** the parties to show cause why they should not be sanctioned, in an amount of no more than $500 each, for their failure to comply with the Court's Order or timely notify the Court of their inability to do so.

Counsel for Plaintiff and Defendant are each required to respond to this OSC, separately and in writing, on or before **February 10, 2023**.  Counsels' failure to respond or file a satisfactory response may result in the imposition of sanctions against them.  If the Court is satisfied with counsels' response, it may vacate the OSC hearing.

**IT IS SO ORDERED.**